**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Omar Reynaldo GARCIA–CHAVEZ,**
**Defendant–Appellant.**

**No. 13–10447.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 25, 2015.*

Filed Sept. 1, 2015.

Lawrence Lee, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Rene Antonio Felix, R. Antonio Felix, Esq., Tucson, AZ, for Defendant–Appellant.

Before: McKEOWN, CLIFTON, and HURWITZ, Circuit Judges.

MEMORANDUM ***

Omar Reynaldo Garcia–Chavez appeals from the district court's judgment and challenges his guilty-plea conviction and 46–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Garcia–Chavez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Garcia–Chavez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Garcia–Chavez waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.